# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1699
_____

Carol Vanerka Stephens,       *
                         *

      Appellant,       *
                         *    Appeal from the United States

    v.                       *    District Court for the
                         *    District of Minnesota.

Estate of Raymond Clifford Ulmer,    *
deceased,                      *    [UNPUBLISHED]
                         *

      Appellee.       *
_____

Submitted: September 5, 2003
Filed: September 26, 2003
_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.
_____

PER CURIAM.

Carol Stephens appeals the district court's[1] dismissal of her civil action against the Estate of Raymond Clifford Ulmer. After de novo review, see Charchenko v. City of Stillwater, 47 F.3d 981, 982-83 (8th Cir. 1995), we conclude that the district court properly dismissed Stephens's action for lack of subject matter jurisdiction. We

_____

[1]The Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

decline to address the issues Stephens raises for the first time on appeal. <u>See</u> <u>Alexander v. Pathfinder, Inc.</u>, 189 F.3d 735, 742 (8th Cir. 1999).

Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____